**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:24-CV-24867-PCH**

JAMES WATSON,

     Plaintiff,

v.

BRICKELL SKIN CARE CORP.,

     Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 13], filed on January 21, 2025. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**, with each side to bear its own fees and costs.  All pending motions are denied as moot, and the case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, on January 22, 2025.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC: All Counsel of Record